Paragon Oil Co., Petitioner, *v.* Commissioner of Internal Revenue, Respondent.

Docket Nos. 12628, 17859. Promulgated November 9, 1929.

*Marcus Borchardt, Esq.*, for the petitioner.
*Harold Allen, Esq.*, for the respondent.

58

OPINION.

MURDOCK: In *Thompson Oil & Gas Co.*, 15 B. T. A. 993, we fully discussed the same question which is raised by the petitioner's allegation in this case. We decided that question adversely to the contention made by the petitioner herein. Our decision in that case was followed in *Murphy Oil Co.*, 15 B. T. A. 1195. Following those cases, our judgment on this point is for the respondent.

*Judgment will be entered under Rule 50.*